FILED
JAN 0 4 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BERNARDINO SANTOS-NOYOLA,<br><br>　　　　　　　Defendant. | Case No.   11 CR 4645- GT<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Upon stipulation by both parties, by and through their counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing currently set for Wednesday, January 25, 2012, be continued to Wednesday, February 29, ~~2011~~ 2012, at 9:30 a.m.

IT IS SO ORDERED.

DATED: JAN 0 4 2012

_____
GORDON THOMPSON, JR.
JUDGE OF THE U.S. DISTRICT COURT

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108298-00004
1048103.1

M/Continue Sentencing Date

11CR4645